IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOUISE COOKE, | |
| Plaintiff, | |
| vs. | Case No. 5:15-cv-01333-M |
| ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, | |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Louise Cooke, by and through her attorney of record, Michael D. McGrew of the firm McGrew, McGrew & Associates, joining with Defendant, Allstate Vehicle & Property Insurance Company, by and through its attorney of record, David B. Donchin of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

s/Michael D. McGrew
Michael D. McGrew, OBA# 013167
McGrew, McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929
mcgrewslaw@yahoo.com
Attorneys for the Plaintiff
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*

s/David B. Donchin
David B. Donchin, OBA #10783
Thomas R. Kendrick, OBA #17760
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
dlb@dlb.net
Attorneys for Defendant, Allstate Vehicle & Property Insurance Company

120.1915\#17434741v1<OKC>-DWP&RAC